## CANEY v. SILVERTHORNE.

A party failing to give notice, in time, of his intention to move for a new trial, or to file his statement in time, waives his right to move for a new trial.

APPEAL from the District Court of the Fourth Judicial District.

The facts upon which this case turned, appear in the opinion of the Court.

*McDougall & Sharp* for Appellant.

*Shafter, Park & Shafter*, for Respondent.

BURNETT, J., delivered the opinion of the Court—TERRY, C. J., concurring.

The defendant, having failed to give notice of his intention to move for a new trial, or to file his statement within the time

limited by the statute, lost his right to move for a new trial. (Practice Act, § 195.)

There is no statement on appeal; the statement for new trial not having been filed in time, is not properly a part of the record. We can only look at the judgment-roll; which, being regular on its face, judgment is affirmed, with costs.